FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Ronald Petties

(Enter above the full name of the plaintiff in this action)

V.

Eric S. Caravella

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

JAN 22 2024

AT 8:20 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6. If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7. If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

  ✓ 42 U.S.C. §1983 (applies to state prisoners)

  ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b. Indicate whether you are a prisoner or other confined person as follows:

  ___ Pretrial detainee

  ___ Civilly-committed detainee

  ___ Immigration detainee

  ___ Convicted and sentenced state prisoner

  ___ Convicted and sentenced federal prisoner

  ✓ Other: (please explain) held Pending Parole hearing

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): Ronald Petties

Defendant(s): Prosecutor's et al

b. Court and docket number: N/A

c. Grounds for dismissal: ( ) frivolous   ( ) malicious
   (✓) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: April 2019 (?)

e. Approximate date of disposition: March 2018 (?)

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? Southwoods State Prison

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a. Name of plaintiff: Ronald Petties

Address: SWSP, 215 South Burlington road, Bridgeton, N.J. 08302

Inmate #: 2334660, 116/059

b. First defendant:

Name: Eric S. Caravella

Official position: Public Prosecutor

Place of employment: middlesex County courthouse

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Mr. Caravella kept exculpatory evidence from the grand Jury. He blantly denied the fact finding duty of the grand Jury and violated "due process" under my 5th amendment right

c. Second defendant:

Name: _____

Official position: _____

Place of employment: _____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____
_____
_____
_____

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

✓ Yes ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

me and my Public Defender put in a dismissal motion for relief. the courts only have pushed my court dates back and tried to make me forget the motion was placed in filed. Next Dismissal Motion is feb 2, 2024. Even though this case has been open since 2021 in September.

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

On my court Date of Nov 17 of 2022 the Prosecutor (connor mccarthy) blantly told the Judge he left out the exculpatory evidence on my case and shrugged his shoulders at the Judge, Paone knowing it was unlawful he did not care. I was indicted do to this unlawful act. The Prosecutor did this knowing that the evidence would negate

my charges I was accused of. The Prosecutor in question is no longer on my case. My County of Middlesex switches out Prosecutor's over and over and drags out court cases to force people to plea out just so the County can have a conviction and they cut corners to return criminal indictment's unlawfully. This is not the first time it has happen to me in this same county. This must be brought to light.

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like said Prosecutor (Connor McCarthy) fired or to step down from his title. I would like the court to have him pay me for loss of wages, pain and suffering. Do to my children being

Placed in forster care and during this time my 10 year old daughter was raped and all my children split up. I also lost my houseing and all belongings and was fired from my Job. I would like the carts to impose upon the county of middlesex a guide line of Proper training, Practice and Procedure issued to all Prosecutor's of middlesex county. I would also like the courts to impose a Jail Sentence to all offical Court personal who blantly brake laws and courtroom rules.

8. Do you request a jury or non-jury trial? (Check only one)

   (✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __January__, 20__24__

_____Ronald Petties_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).